**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE

Appellate case name:       Raymond C. Clark v. Wendy Jean Morrow

Appellate case number:   01-15-00615-CV

Trial court case number:  68321-D

Trial court:                      300th District Court of Brazoria County

Pursuant to Texas Rule of Appellate Procedure 34.5(c), the district clerk is directed to file a supplemental clerk's record containing:

- "Order in Suit to Modify Parent-Child Relationship," signed on February 20, 2015.

*See* TEX. R. APP. P. 34.5(c)(1).

The supplemental clerk's record shall be filed in the First Court of Appeals within 14 days of the date of this notice.

The cost of preparing this record will be assessed as part of the costs of this appeal upon issuance of this Court's judgment.

Clerk's Signature: _____

Date: August 13, 2015